UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ALEXANDER LEO BROWN,**

    **Plaintiff,**

v.                                                      Case No. 3:22cv7534-TKW-HTC

**E. HERNANDEZ-PEREZ,**
**MICHAEL R. COLLINS,**
**LUIS RODRIGUEZ,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 11). Plaintiff did not object to the R&R. Instead, he filed a "notice of voluntary dismissal" (Doc. 12) in which he "requests to dismiss the pending preliminary injunction and temporary restraining order."

Although the notice also "requests voluntary dismissal of the pending pleadings, without prejudice, to re-file the pleadings at a later time," the Court does not construe the notice as having dismissed the entire case because Plaintiff filed an amended complaint (Doc. 13) contemporaneously with the notice. Thus, the Court construes the notice as simply a notice of non-objection to the R&R.

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that Plaintiff is not entitled to temporary injunctive relief. Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. Plaintiff's "Memorandum of Law," docketed as a Motion for Temporary Restraining Order (Doc. 6) is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings. If Plaintiff intended the "notice of voluntary dismissal" to dismiss this case in its entirety so as to avoid a potential "strike" under 28 U.S.C. §1915(g), he should promptly advise the magistrate judge.

**DONE and ORDERED** this 21st day of July, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv7534-TKW-HTC